NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAJHON BODERICK WILSON,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D18-3838
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.

PER CURIAM.

     Affirmed.  See Donaldson v. State, 985 So. 2d 63 (Fla. 2d DCA 2008);

Hankins v. State, 886 So. 2d 1026 (Fla. 2d DCA 2004); Ferris v. State, 46 So. 3d 624

(Fla. 1st DCA 2010).

KELLY, VILLANTI, and BADALAMENTI,JJ., Concur.